# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CROWDER,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. K. KIM, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-CV-00536-OWW-LJO-P<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE DOCUMENTS 15 AND 16 ON PLAINTIFF AT HIS NEW ADDRESS OF RECORD |

Plaintiff Raymond D. Crowder ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2006, the Court issued (1) an Order finding service of plaintiff's complaint appropriate and requiring plaintiff to complete and return USM-285 forms and summonses, and (2) a Findings and Recommendations recommending dismissal of certain claims and defendants. On July 26, 2006, plaintiff filed a notice of change of address. In light of plaintiff's failure to comply with the Order of June 22, 2006, and his subsequent address change, it appears that plaintiff may not have received the Order and Findings and Recommendations prior to his transfer.

Accordingly, the Clerk's Office is HEREBY DIRECTED to re-serve the Order and Findings and Recommendations filed on June 22, 2006, on plaintiff at his new address of record (documents 15 and 16).

IT IS SO ORDERED.

Dated:    August 11, 2006             /s/ Lawrence J. O'Neill
i0d3h8                                UNITED STATES MAGISTRATE JUDGE

1