1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND D. CROWDER,              1:05-cv-00536-OWW-LJO-P

12              Plaintiff,      **ORDER ADOPTING FINDINGS AND
                                RECOMMENDATIONS** (Doc. 15)
13   vs.
                                **ORDER DISMISSING CLAIM AND
14   DR. K. KIM,                DEFENDANT** (Doc. 1)

15              Defendant.
     _____/

16

17       Plaintiff Raymond D. Crowder ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22       On June 22, 2006, the Magistrate Judge filed a Findings and

23   Recommendations herein which was served on plaintiff and which

24   contained notice to plaintiff that any objection to the Findings

25   and Recommendations was to be filed within thirty days.  The

26   Findings and Recommendations was re-served on August 14, 2006, due

27   to plaintiff's change of address.  To date, plaintiff has not filed

28   any  objection  to  the  Magistrate  Judge's  Findings  and

1

Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed June 22, 2006, is ADOPTED IN FULL;

2.   This action shall proceed on plaintiff's complaint filed April 21, 2005, against defendant Kim for acting with deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment;

3.   Plaintiff's Eighth Amendment medical claim against defendant Medical Supervisory Committee is DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted under section 1983; and,

4.   Defendant Medical Supervisory Committee is DISMISSED from this action.


IT IS SO ORDERED.

**Dated:    September 23, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE