UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CROWDER,<br><br>        Plaintiff,<br><br>    vs.<br><br>DR. K. KIM,<br><br>        Defendant.<br>_____/ | 1:05-cv-00536-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15)<br><br>**ORDER DISMISSING CLAIM AND DEFENDANT** (Doc. 1) |

    Plaintiff Raymond D. Crowder ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 22, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  The Findings and Recommendations was re-served on August 14, 2006, due to plaintiff's change of address.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and

1

Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 22, 2006, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's complaint filed April 21, 2005, against defendant Kim for acting with deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment;

3. Plaintiff's Eighth Amendment medical claim against defendant Medical Supervisory Committee is DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted under section 1983; and,

4. Defendant Medical Supervisory Committee is DISMISSED from this action.

IT IS SO ORDERED.

**Dated:   October 4, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

2