# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CROWDER,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. K. KIM,<br><br>            Defendant.<br>_____/ | CASE NO. 1:05-cv-00536-LJO-NEW (DLB) PC<br><br>ORDER DENYING MOTION TO STAY ANY PENDING DEADLINES<br><br>(Doc. 33) |

  Plaintiff Raymond D. Crowder ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2007, plaintiff filed a motion seeking to stay any pending deadlines so he may exhaust.

  First, exhaustion is an affirmative defense and the deadline for defendant to file a motion seeking to dismiss this action for failure to exhaust was February 28, 2007. Defendant did not file a motion. Second, exhaustion must occur prior to filing suit and the action cannot be stayed so that plaintiff may exhaust. Jones v. Bock, 127 S.Ct. 910, 918-19 (2007); McKinney v. Carey, 311 F.3d 1198, 1199-1201 (9th Cir. 2002).

  For these reasons, plaintiff's motion for a stay is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   August 9, 2007**                          /s/ Sandra M. Snyder
                   UNITED STATES MAGISTRATE JUDGE