# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CROWDER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. K. KIM,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:05-cv-00536-LJO-NEW (DLB) PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO FILE IN LETTER RECEIVED FROM PLAINTIFF<br><br>ORDER DIRECTING DEFENDANT TO FILE STIPULATION FOR DISMISSAL IF THE PARTIES CAN AGREE ON THE TERMS |

　　　Plaintiff Raymond D. Crowder ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 20, 2007, the court received a letter from plaintiff stating that due to his wife's illness, he does not desire to pursue this action and is willing to dismiss it if defendant will agree that no repercussions will be taken against plaintiff.

　　　Although the court cannot intervene at this juncture with respect to terms for dismissal, the court will direct the Clerk's Office to file the letter.  If defendant's counsel is amenable to dismissal and if the parties can reach an agreement regarding dismissal of this action, defendant shall submit a written stipulation to dismiss to the court, at which time the court will dismiss this action.

///
///
///
///

1   Accordingly, it is HEREBY ORDERED that the Clerk's Office shall file in the letter
2 received on September 20, 2007, and defendant shall file a stipulation for dismissal if the parties
3 can agree on the terms.

5   IT IS SO ORDERED.
6   **Dated:   September 25, 2007**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE