# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CROWDER,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. K. KIM,<br><br>    Defendant.<br>_____/ | CASE NO. 1:05-cv-00536-LJO-NEW (DLB) PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION<br><br>(Doc. 37) |

On October 11, 2007, plaintiff Raymond D. Crowder and defendant Dr. K. Kim filed a stipulation to dismiss this action, with prejudice, and with each side to bear his own costs and fees. Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly, pursuant to the parties' stipulation, this action is HEREBY DISMISSED, with prejudice. Each side shall bear his own costs and fees.

IT IS SO ORDERED.

**Dated:   October 12, 2007**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1